United States District Court
Southern District of Texas

**ENTERED**

February 06, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **LIU JE,** | § | |
| **Petitioner,** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 5:26-CV-00179** |
| | § | |
| **PERRY GARCIA,** | § | |
| **Respondent.** | § | |

## ORDER

Before the Court is Petitioner's Petition for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241, (Dkt. No. 1). Petitioner challenges the constitutionality of his detention in federal immigration custody. Petitioner names Perry Garcia, Warden of La Salle County Detention Center as Respondent.

Based upon a review of the Petition, the Court **ORDERS** Respondent to file a response to the petition and serve their response on Petitioner **no later than February 20, 2026**. 28 U.S.C. § 2243. Should Petitioner wish to file a reply, they must do so **no later than February 27, 2026**.[1]

The Clerk of Court is **DIRECTED** to serve the Petition, (Dkt. No. 1), on Federal Respondent by and through the United States Attorney for the Southern District of Texas and Perry Garcia, Warden of the Rio Grande Processing Center, via certified mail pursuant to Rule 4 of the Federal Rules of Civil Procedure and include a copy of this Order with that service.

- The United States Attorney for the Southern District of Texas may be served at 1000 Louisiana St., Suite 2300, Houston, TX 77002.
- Respondent Perry Garcia or his designee may be served at La Salle County Detention Center, 832 East Texas Highway 44, Encinal, TX 78019.

The Court further **DIRECTS** the Clerk of Court to send the Petition, (Dkt. No. 1), and this Order to the United States Attorney for the Southern District of Texas, Nicholas

---

[1] Any deadlines set forth in a civil summons issued by the Clerk of Court are superseded by the deadlines set forth in this Order.

J. Ganjei, by electronic mail to USATXS.CivilNotice@usa.doj.gov to provide notice of this action to Respondents. Respondents will not be served further notice of activity on this docket automatically. Instead, they must arrange to monitor the docket themselves, either by automatic electronic service or otherwise.

The Clerk of Court is **DIRECTED** to mail a copy of this Order to Petitioner at 832 East Texas Highway 44, Encinal, TX 78019.

Additionally, Respondents are **ORDERED** to notify Petitioner's counsel and the Court of any anticipated or planned transfer or removal of Petitioner outside of the Southern District of Texas **at least five (5) days** before any such transfer.

It is so **ORDERED**.

**SIGNED** on February 6, 2026.

John A. Kazen
United States District Judge